REVISED DATE: 09/2001

FORM TO BE USED BY A STATE PRISONER IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. SECTION 1983 OR BY A FEDERAL PRISONER IN FILING A BIVENS CLAIM.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
**Western** DIVISION

FILED
AUG 9 2013
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

NO. _____
(leave this space blank)

**Anthony Bussie #64105050**
**Taron Bussie**
(enter full names of each plaintiff(s))

v.

**Bank of America**
**Comptroller of The Currency**
**Congressman Robert E. Andrews**

(enter full names of each defendant(s))

Inmate Number **64105050**

*********************************************************************

I. HAVE YOU BEGUN OTHER LAWSUITS IN FEDERAL COURT DEALING WITH THE SAME FACTS INVOLVED IN THIS ACTION? YES (X) NO ( )

If your answer is YES, describe the former lawsuit in the space provided below:

1) 11cv2824 NJD (2009)   4. Cam-C-3834/-11 (2012)   7. 12cv7085 PAD (2013)
2) 96 Fed C189 (2010)    5. 12cv1894 NJD (2012)     8. 13cv1433 Col (2013)
3) 12cr 229 NJD (2011)   6. 12cv 792 NCD (2013)     9. 1

II. DID YOU PRESENT THE FACTS RELATING TO YOUR COMPLAINT TO THE STATE INMATE GRIEVANCE PROCEDURE? YES (X) NO ( )

If your answer is YES:

1. What steps did you take? File a claim called Bussie v NJ (DC) Bussie v. Bumb (PA)

2. What was the result? (Attach copies of grievances or other supporting documentation.)

2255 pending, entry of judgment (PA) 12cv7085 (DC)

On Behalf of Taron Bussie in a NJ State Prison

Page 1 of 5

REVISED DATE: 09/2001

## VERIFIED STATEMENT

I have been advised of the requirements regarding exhaustion of administrative remedies and now submit this verified statement.

(Please choose the box that applies to your action):

**X** There are no grievance procedures at the correctional facility at which I am being confined.

This cause of action arose at **a NJ State Prison (Toron Bussie)**, and I am now being housed at **see relief**. Therefore, I do not believe I have administrative

**X** remedies relating to this complaint at this time.

_____ I have exhausted my administrative remedies relating to this complaint and have attached copies of grievances demonstrating completions.

III. **PARTIES:**
In Item "A" below, place your name in the first blank and your present address in the second blank. Do the same for additional plaintiffs, if any. NOTE: ALL PLAINTIFFS LISTED IN THE CAPTION ON THE FIRST PAGE SHOULD BE LISTED IN THIS SECTION.

A. Name of Plaintiff: **Anthony Bussie**

Name of Present Confinement: **Federal Detention Center**

Address of Present Confinement: **Phila, PA 19105**

In Item "B" below, place the full name of defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item (C) through (F) for additional defendants. NOTE: ALL DEFENDANTS LISTED IN THE CAPTION ON THE FIRST PAGE SHOULD BE LISTED IN THIS SECTION.

B. Defendant **Bank of America**
   Position **President**
   Employed at **Bank of America**
   Address **Charlotte, NC 28255-0001**
   Capacity in which being sued: Individual ( ) Official ( ) Both (X)

C. Defendant **Comptroller of the Currency**
   Position **Monetary**
   Employed at **US Treasurer**
   Address **USA see complaint**
   Capacity in which being sued: Individual ( ) Official ( ) Both (X)

D. Defendant

Position: Congressman Robert E. Andrew
Employed at: District Congress man or US President human resources
Address: Washington, DC USA

Capacity in which being sued: Individual ( ) Official ( ) Both (X)

E. Defendant: See complaint attachment third party
Position:
Employed at:
Address:

Capacity in which being sued: Individual ( ) Official ( ) Both ( )

F. Defendant: See complaint attachment third party
Position:
Employed at:
Address:

Capacity in which being sued: Individual ( ) Official ( ) Both ( )

IV. **STATEMENT OF CLAIM**

State here as briefly as possible the **FACTS** of your case. Describe how **each** defendant is involved. Include also the names of the other persons involved, dates and places. **DO NOT GIVE ANY LEGAL CITATIONS OR ANY LEGAL ARGUMENTS OR CITE ANY STATUTES.** If you wish to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets if necessary.

Anthony Bussie is a customer of Bank of America where A. Bussie contacted related to a FKA transaction amount of $800 billion dollars and 0 cents. T. Bussie is not part settlement

A. Bussie needs various Comptroller of Currency to complete a transaction into Bank of America with the banks President, under federal law per Attachment 1

A. Bussie in relief the government eliminated a bad bank actor Congressman Robert E. Andrews where A. Bussie has a general counsel FKA letter holder in 12cv1894 NSD (per Attachment #2)

REVISED DATE: 09/2001

12cr 229 NJD DE 23-24
DE 16 and 12cv 792 NCD DE 4, 8; also Ethic Opinion in 13cv 1433 COL DIST

The Third Party is the immunity class enforcing civil, contracting and monetary right in several cases where Congressman Andrews is a guilty FTCA same as a bad bank actor, and bank immorality 12cr 229 NJD DE 19, 20, 23.

The Third Party in NCD 12cv 792 implied the 37cfr 11.1 or patent act decision related to a criminal case 12cr 229 NJD habeous corpus relief with insanity dismiss theory and monetary discharge theory, where Congressman Andrews is to blame.

The Third Party in NJD 12cv 1894 moved into appeal in the third district 12cv 7085 where a entry of judgment is made same as to 10cv 443 Federal Circuit moved into appeal in Federal Court 11cv 5085 entry judgement 96 Fed 5189 then SHEPARDIZED on 2-7-2013, Committee On Ethic 2-7-2013 upon a General Counsel relief FTCA dated 9-7-2012 a 6-month remedy ended on 2-7-2013, to raise out of SHEPARD/ETHIC related to protected monetary federal reserve, in actual theory of indemnity claus. (eg raising taxes, stamp prices, and gas prices where anti deficit and printing money occurred).

V. **RELIEF SOUGHT BY PRISONER**

State briefly exactly what you want the Court to do for you. **MAKE NO LEGAL ARGUMENTS. DO NOT CITE CASES OR STATUTES.**

Turon Bussie is a resident and relative of Anthony Bussie with the theory of crime dissmiss. Toron Bussie is in a NJ State Prison to be release under ULTRA VIRES DOCTRINE and SHEPARDIZE IMMUNITY, (eg EX POST FACTO breached)

$359 billion dollars direct desposit into Bank of America with banking president and Comptroller of Currency assistance carrying out an indemnity, which the government can prove! OCC is part of a claim to recognize an unimmune district Congressman Andrews per Attachment I

REVISED DATE: 09/2001

Demand the Arraignment Hearing Transcript in 12cr229 NSD DE 15 by Veritext National Court Reporting Co, Mid Atlantic Region 1801 Market Street, Ste 1800, Phik, PA 19103; 215-241-1000 Congressman Andrews opinon on 18USC sec 208 punishment by law per Attachment #2

Signed this 25 day of July, 2013

_____
Signature of Plaintiff

_____
Signature of other Plaintiffs
(if necessary)

**I declare under penalty of perjury that the foregoing is true and correct.**

7-25-2013
Date

_____
Signature of Plaintiff

_____
Signature of other Plaintiffs
(if necessary)

Anthony Bussie # 64105050                                    plaintiff
Federal Detention Center
P.O. Box 562, Phila, PA 19105,
Taron Bussie

        v.

Bank of America Corporate Center                             defendant
CA7-701-02-08,
100 North Tryon Street
Charlotte, NC 28255-0001


Bank of America Office of the CEO and President
CA7-701-02-08
Tampa, Fl 33622


Comptroller Of The Currency
1301 McKinney Street, Ste 3450
Houston, TX 77010-9050


Comptroller Of The Currency
250 E Street SW
Washington, DC 20219


Comptroller Of The Currency
1114 Avenue Of The America, Ste 3900
New York, NY 10036-1730


Comptroller Of The Currency
340 Madison Ave., 5th Floor
New York, NY 10173-0002

|  | v. |  | Third Party |
|---|---|---|---|
|  | Clinton, Bush Jr, Obama | (NJ) |  |
|  | Judge Neal L. Hillman | (NJ) |  |
|  | Judge Schrieder | (NJ) |  |
|  | Judge Karen William | (NJ) |  |
|  | Judge Renee Bumb | (NJ) |  |
|  | Judge Micheal Ship | (NJ) |  |
|  | Judge Jerome B. Simandle | (NJ) |  |
|  | Superior Court of Camden Judge F. FJ Vina | (NJ) |  |
|  | US Atty Elizabeth Pascal | (NJ) |  |
|  | US Atty Diana Carrig | (NJ) |  |
|  | US Atty Allen Urgent | (NJ) |  |
|  | US Atty James B Clark III | (NJ) |  |
|  | US Atty Paul Fishman | (NJ) |  |
|  | Judge Diamond | (PA) |  |
|  | Judge Scirica | (PA) |  |
|  | Judge Hardiman | (PA) |  |
|  | Judge Greenaway Jr | (PA) |  |
|  | Judge Charles F. Lettow | (DC) |  |
|  | Judge Newman | (DC) |  |
|  | Judge Mayer | (DC) |  |
|  | Judge Plager | (DC) |  |
|  | US Atty Lauren A Weeman | (DC) |  |
|  | Atty General Tony West | (DC) |  |
|  | FBI agent Marie A. Evans | (DC) |  |
|  | Comittee On Ethics | (DC) |  |
|  | House Speaker John Boehner | (DC) |  |
|  | Senator Patrick Leahy | (DC) |  |
|  | Tenesesee Valley Authority | (DC) |  |
|  | Nation Labor Relation Board | (DC) |  |
|  | Labor Manage Relation Board | (DC) |  |

|  |  |
|---|---|
|  | Third Party |
| General Counsel Kerry Kircher | (DC) |
| Army Board of Contract Appeal | (DC) |
| Judge Dever III | (NC) |
| Judge William A. Webb | (NC) |
| Judge Terrence W. Boyle | (NC) |
| Judge Boyd N. Boland | (Col) |
| Judge Craig B. Shaffer | (Col) |
| Governor Chris Christie | (NJ) |

## Fact of Common

1. In New Jersey District <u>11CV2824</u> judge activated the All Writ Act and repudiation of a contract in 30 days where Bussie recieved nuisance, unwanted person, trespassing terrorist threat, stalking charges recorded by Haddon Hieght Police Department and grieving recorded by US Marshall in 2009-2011

2. In Federal Circuit and Appeal judge entried a judgement 2010-2011 called <u>96 Fed Cl 89</u> and other, then murr a claim for District Congressman Robert E. Andrews to demurred by General Counsel Kerry Kircher to raised indemnity called a FISCAL CLIFF by House Speaker John Boehner on 9-7-2012. Approved by Senate on 1-7-2013 the fifth month of a six month dead line. The Al Bussie was SHEPARDIZE [443 FD APX] 542 96 Fed Cl 89 for Congressman Andrews Ethics on the sixth month on 2-7-2013. The price of Stamps, gas and other were raised on 3-7-2013 in a 10 year plan to put monetary in treasury reserve where printing monetary is legal and anti deficit.

3. In New Jersey, District judges immunities, president immunity prosecutor immunities where activated in <u>CAM-6-3834-11</u> (2012) and <u>12cv1894 NJD DE 7</u> (Briefing) approved FTCA by state judge docketed in <u>12cv229 NJD</u>, and federal judge docketed in <u>12cv1894 NJD</u> DE 19 and 20, Congress Andrews is the one to blame.

4. Anthony Bussie and Taron Bussie acted in ULTRA VIRES or Insane without a civil right, without a private citizen without a corporate citizenship in the State of New Jersey where the immorality of law was recognized, filing civil actions.

¹ subjudice controll, protected immunity class

Case 5:13-cv-00575-F Document 1 Filed 08/09/13 Page 9 of 13

5. Taron Bussie is a relative and residence of the property Anthony Bussie struggle to pay bills. A. Bussie has established a Jenck Act by the government in 12cv229NJD with FBI report, Psychologist evaluation, resume and invoice for the theory of a criminal dissmiss count granted (18 USC sec 2, 115, 3006A, 3161, 3500, 3525-3528, 4241, 1345, 3365 3366, 3771, 3579, count for A. Bussie brought upon in the scope of work)

6. Taron Bussie is in the care of Anthony Bussie where Taron Bussie is collatoral damage to be immune of crime same as New Jersey prosecutors (eg 12cv229NJD enforce FTCA, 12cv1894 NJD enforce FTCA, CAM-L-3834-11 enforce FTCA CAM-L-3879-11 enforce a repudation of a contract, and 12cv229 NJD enforce a bill; CAM-L-4192-11 misconduct NJ Police.

7. Taron Bussie is an immorality victim residing with Anthony Bussie per self crimindation or 5th Amendment to recognize Art I, II, III in Bussie 12cv229 NJ, Bussie 12cv1894NJ, Bussie 12cv7085 Appeal Court, Bussie 12cv772 NCD, Bussie 13cv1433 Col Dist, §443 FDAPX 3543 96 Fed Cl 89.

8. Congressman Robert E Andrews is guilty of a FTCA decision, discharge, breach 27th Amendment, breach Art I, II, III, breached 13th Amendment to be at fault of incident eleven, default in judgement, entry of judgement, acquittal, demand payments of $360 Billion in 12cv792 NCD DE 8.

9 Congressman Andrews is the wrong doer in 13cv1433 Col Dist DE 8 per first amendment same as speech and debate in scope of congressional duty, pertaining criminal immune ethics

10. New Jersey municipal police and New Jersey State police are the improper immune authority where no New Jersey State Public Safety legal represent municipal police in CAM-C-4192-11 same as NJ v. Taron Bussie, NJ v. Anthony Bussie.

11. NJ municipal police are improper immune authority where New Jersey government awarded pro bono lawyer named David Ragonese in CAM-C-4192-11 same as Camden City Police.

12. NJ municipal police are improper immune authority where no proper arrest, no proper charge, no proper ethic for immorality of justice and peace same as an incident where police is at fault, in CAM-C-4192-11 same as Camden City Police Department in New Jersey v. Taron Bussie, a relative and resident of a SHEPARDIZE IMMUNE AUTHORITY Anthony Bussie £443 FDAPX 3 542 96 Fed Cl 89, theory of criminal right immune in Anthony Bussie 12cr229 NJD

13. NJ municipal police are improper immune authority where police incident occurred same as Congressman Robert E Andrews in a FTCA claim letter by General Counsel Congressman Kerry Kircher, retaliation of Congressional Accountability Act in a FTCA indictment bill in 12cr229 NJD DE14, and the immune Committee on Ethic and Senate subcommittee investigated Congressman R.E. Andrews, in 13cv1433 NCD DE 8; a default for money in 12cv1894 NJD DE 19,20, and 12cv7085 PAD, 12cr229NJD (judgement, mental health, cam-L-3834-11 attachment, prosecutor immunity and other)

Case 5:13-cv-00575-F   Document 1   Filed 08/09/13   Page 11 of 13

14. Attached item #1 letter from the Office of the CEO and President of Bank of America located in Charlotte, NC 28255-0001 to Anthony Bussie a prisoner at Federal Detention Center in Phila, PA 19105 where a OCC number 2842607 is established.

15. Several judgement was enter in Bussie 443 FDAPX 543, 96 Fed Cl 89, Bussie 11cv2824 All Writ Act (2011), Bussie 12cv 229 NJD, Bussie 12cv 1894 NJD, Bussie 12cv 7085 PAD, from FTCA suit for a Suspicious Activity Report (SAR) of a $300 billion dollars settlement, is not clear with the Bank of America where Anthony Bussie is a customer for legal deposit.

16. SAR and FTCA is not legally transparent for Bank of American desposit of $300 billion dollars approved under federal law where Congressman Robert E Andrews work ommissive or criminal right unimmune. (See Congressman Andrews in the Congressional Committee of Ethics which the establishment of FTCA or policy paper holder belong to Anthony Bussie 12cv 1894 NJD DE 7, 19, 20, 12cv 229 NJD DE 19, &443 FDAPX 3543 96 Fed Cl 89 (2011), 12cv 7085 PAD, 11cv2824 NJD.

17. Attachment is item #2 where the Federal Government is eliminating a financial actor same as Congressman Andrews under federal law.

18. Attachment is Item #1 and 2 legal treatment of a settlement involving government agency OCC and Bank of America where hi Bussie shepardize monetary protection is a legal deposit from federal treasurer reserve and antideficit, also criminal right immune class same as President progeny, Judges Administration Procedure Act, Prosecutor Immunity, ULTRA VIRES DOCTRINE.

## In Relief

1. Release of Taron Bussie from NJ State Prison and Supreme Court decision legal treatment, Bureau Indian Affairs, 1968 mt

2. $354 billion dollars direct deposit into Anthony Bussie bank to relief the Third Party slavement and Supreme Court decision legal treatment 2uscsec 900 et.seq.

3. Demand an Order the have an Arraignment Hearing (Congress compromise) in 12cr 229 NJSD DE 15, 4-18-2013; by Veritext National Court Report Co, Mid Atlantic Region, 1801 Market Street, Ste 1800, Phila, PA, 19103 215-241-1000 where Supreme Court legal treatment

4. To enforce law, moral and proper ethics, raising out of the protected immunity class

5. In relief Bank of America and OCC government cooperative agreement to pay victim Anthony Bussie under federal law. (eg General Counsel Kerry Kircher praise ousting Congressman Robert E. Andrews government actor or criminal right unimmune authorighty; Congressman Kircher, Comittee On Ethic and Senate Subcomittee on Intelligence enjoy absolute immunity from the theory of FTCA by government (DOJ civil and criminal division)

Respectfully Submitted
*[signature]* 7-25-2013,