| | |
|---|---|
| ANTHONY BUSSIE, TARON BUSSIE, )<br>                Plaintiffs, )<br>v.                                    )<br>                                     )  | **JUDGMENT**<br>No. 5:13-CV-575-F |

ANTHONY BUSSIE, TARON BUSSIE, )
        Plaintiffs, )
v. )    **JUDGMENT**
                                )    No. 5:13-CV-575-F
BANK OF AMERICA, COMPTROLLER )
OF THE CURRENCY, BILL CLINTON, )
GEORGE BUSH, JR., BARAK H. OBAMA)
JUDGE NEEL C. HILLMAN, JUDGE )
SCHNIEDER, JUDGE KAREN WILLIAM )
JUDGE RENEE BUMB, MICHAEL )
SHIPP, JUDGE JEROME B. SIMANDLE, )
SUPERIOR COURT JUDGE F.FJ VINA, )
US ATTORNEY ELIZABETH PASCAL, )
US ATTORNEY DIANA CARRIG, )
US ATTORNEY ALLEN URGENT, )
US ATTORNEY JAMES B. CLARK, III, )
US ATTORNEY PAUL FISHMAN, )
JUDGE DIAMOND, JUDGE SCIRICA, )
JUDGE HARDIMAN, JUDGE )
GREENAWAY, JR., JUDGE CHARLES F )
LETTOW, JUDGE NEWMAN, JUDGE )
JUDGE MAYER, JUDGE PLAGER, )
US ATTORNEY LAUREN A. WEEMAN, )
ATTORNEY GENERAL TONY WEST, )
FBI AGENT MARIE A. EVANS, )
COMMITTEE ON ETHICS, HOUSE )
SPEAKER JOHN BOEHNER, SENATOR )
PATRICK LEAHY, TENNESSEE )
VALLEY AUTHORITY, NATIONAL )
LABOR RELATIONS BOARD, LABOR )
MANAGEMENT RELATION BOARD, )
GENERAL COUNSEL KERRY )
KIRCHER, ARMY BOARD OF )
CONTRACT APPEAL, JUDGE JAMES C. )
DEVER III, JUDGE WILLIAM A. WEBB, )
TERRENCE W. BOYLE, JUDGE )
BOYD N. BOLAND, JUDGE CRAIG B. )
SHAFFER, GOVERNOR CHRIS )
CHRISTIE, CONGRESSMAN )
ROBERT E. ANDREWS, )
                Defendants. )

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the complaint in this matter does not contain allegations suggesting that the Plaintiff is in any such danger. Accordingly, pursuant to 28 U.S.C. § 1915(g), this action is DISMISSED. Any other pending motions are DENIED as moot. The Clerk of Court is DIRECTED to close this case.

**This Judgment Filed and Entered on September 10, 2013, and Copies To:**

Anthony Bussie (64105-050 Philadelphia- FDC, P.O. Box 562, Philadelphia, PA 19105)
Taron Bussie (761582C Bay State Prison, P.O. Box F-1, Leesburg, NJ 08327)
Jodie Nicole Herrmann (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| DATE | JULIE A. RICHARDS, CLERK |
| September 10, 2013 | /s/ Susan K. Edwards |
| | (By) Susan K. Edwards, Deputy Clerk |